UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BYRON CHAPIN MYERS, | No. 2:19-cv-00786-CKD-P |
| Plaintiff, | |
| v. | ORDER |
| K. BATES, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983. On May 1, 2020, the court issued an order staying this case for 120 days for the purposes of scheduling a settlement conference. ECF No. 15. The parties were ordered "to investigate plaintiff's claims, meet and confer, and then participate in a settlement conference." ECF No. 15 at 1. Currently pending before the court is plaintiff's motion to quash or modify a subpoena issued by defendants for his medical records. ECF No. 16. As the requested records relate to the Eighth Amendment deliberate indifference claim in plaintiff's complaint, the court will set a briefing schedule on the motion and stay the issuance of the requested documents pending further order of the court.

Accordingly, IT IS HEREBY ORDERED that:

1. Defendants shall file a response to plaintiff's motion to quash within 21 days from the date of this order.

2. Plaintiff may file a reply within 14 days after being served with defendants' response.

3. The issuance of the documents requested in the subpoena is stayed pending further order of the court.

4. The Clerk of Court shall serve a courtesy copy of this order on Erin Takehara, Litigation Coordinator at California Health Care Facility-Stockton, 7707 Austin Road, Stockton, CA 95215.

Dated:  June 4, 2020

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

12/myer0786.briefing.docx

2