IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **BYRON CHAPIN MYERS,**<br><br>                              Plaintiff,<br><br>       v.<br><br>**K. BATES; GARCIA; A. PRASAD; JOHN/JANE DOE #1,**<br><br>                              Defendants. | Case No. 2:19-cv-00786-CKD<br><br>**[PROPOSED]** ORDER GRANTING DEFENDANTS' REQUEST FOR EXTENSION OF TIME TO FILE DISPOSITIVE MOTION |

A Pretrial Scheduling Order (ECF No. 27) was issued on December 30, 2020, stating "all law and motion, except as to discovery-related matters, shall be completed by August 4, 2021. Defense counsel has been unable to finalize a motion for summary judgment due to communication difficulties with plaintiff.

Defendants sought an extension of time filed on August 3, 2021.  Based on those statements for said extension, the court grants the extension of time to file their motion no later than October 4, 2021.

Dated:  August 6, 2021

_/s/ Carolyn K. Delaney_
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE